UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE G.,<br><br>                              Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>                              Defendant. | Case No.: 3:20-cv-01233-DEB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[DKT. NO. 2]** |

Before the Court is Plaintiff Grace G.'s Application to Proceed with her Complaint in forma pauperis. Dkt. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted). An affidavit is sufficient if it demonstrates that the party cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

Here, Plaintiff's application states she is self-employed and has limited income and assets. Although Plaintiff's past income averaged $625 per month, she does not expect to

1  have any income next month. Dkt. No. 2 at 1. Plaintiff's only asset is a checking account
2  with a balance of $200. *Id*. at 2. Plaintiff's monthly expenses, which include rent, laundry
3  and transportation total $620. *Id*. at 4.

4  Based on the foregoing, the Court finds Plaintiff has sufficiently shown she lacks the
5  financial resources to pay her filing fee. Accordingly, Plaintiff's Application to Proceed
6  with her Complaint in forma pauperis is GRANTED.

7  **IT IS SO ORDERED**.

8  Dated: July 1, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge